# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2344
Fax: 252-758-8570

**DATE:** November 29, 2017

**FROM:** Tuell Waters
U.S. Probation Officer

**SUBJECT:** **STAHL, Karen P.**
**Docket No.: 2:17-MJ-01068-1BO**
**Request for Travel**

**TO:** The Honorable Terrence W. Boyle
U.S. District Judge

The above-referenced individual pled guilty in the Eastern District of North Carolina to Failure to Report Motor Vehicle Accident and Unsafe Operation-Operating a Vehicle Without Due Care. On September 11, 2017, the defendant entered into an Agreement For Pretrial Diversion for a period of 6 months.

Ms. Stahl has not been charged with any further criminal conduct and is in compliance with the conditions of the pretrial diversion.

The defendant requests authorization for travel with her father on a Bahamian cruise on board Disney Dream. If approved, Stahl would depart Port Canaveral, Florida, on January 5, 2018, and return January 8, 2018. The probation office does not oppose the requested travel. Please indicate the court's preference by marking the appropriate selection below.

Travel Approved: ✓   Travel Denied: _____

_Terrence W. Boyle_ (signature)
Terrence W. Boyle
U.S. District Judge

Date: 11-30-17